IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CASE NO.: 7:19-CR-14 (WLS) |
| ANTHONY LAMAR DYE, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

On April 11, 2022, Defendant filed a Motion "[f]or the retoractive [sic] Application of Amendment 782". (Doc. 77.) Although Defendant references his Motion to Vacate pursuant to 28 U.S.C. 2255 which is pending before the magistrate judge, Defendant appears to be seeking new relief in the instant motion. (Doc. 73.) Thus, the Government's response to the recent Motion for Retroactive Application was due by Monday, May 2, 2022, but no response was filed.

Accordingly, the Government is **ORDERED** to respond to Defendant's Motion for Retroactive Application of Amendment 782 (Doc. 77) **immediately and no later than Monday, May 16, 2022**.

**SO ORDERED**, this 3rd day of May 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1